Dylan P. Todd (NV Bar No. 10456)
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
dylan.todd@clydeco.us

*Attorneys for Defendant*
*XL Specialty Insurance Company*

# UNITIED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEONNE PERRY,<br><br>Plaintiff,<br><br>v.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., a foreign corporation; XL SPECIALTY INSURANCE COMPANY, a foreign corporation, ABC CORPORATIONS I-X; BLACK AND WHITE COMPANIES I-X; and JOHN DOES I-X, inclusive,<br><br>Defendants. | CASE NO.: 3:24-cv-00568-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

Defendant XL Specialty Insurance Company and Plaintiff Laura Leonne Perry, by and through their undersigned counsel of record, respectfully agree and stipulate that Plaintiff will dismiss her entire complaint and all claims contained therein with prejudice as to Defendant XL Specialty Insurance Company.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Accordingly, the parties hereby agree and stipulate to dismiss Defendant from this action in its entirety.

Dated: November 25, 2025

CLYDE & CO US LLP

 */s/ Dylan P. Todd*

_____
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: (725) 248-2900
*Attorneys for Defendant*
*XL Specialty Insurance Company*

Dated: November 25, 2025

JOEY GILBERT LAW  /
JEPSEN LAW, PLLC

 */s/ Kendra J. Jepsen*

_____
Joseph S. Gilbert (NV Bar No. 9033)
Kendra J. Jepsen (NV Bar No. 14065)
405 Marsh Avenue
Reno, Nevada 89509
Telephone: (775) 376-7070
*Attorneys for Plaintiff*
*Laura Leonne Perry*

*Perry v. XL Specialty Insurance Company, et al*
*Case No.: 3:24-cv-00568-MMD-CSD*

## ORDER

**BASED ON THE STIPULATION OF THE PARTIES** and good cause appearing; therefore

**IT IS SO ORDERED** that Defendant XL SPECIALTY INSURANCE COMPANY is hereby dismissed with prejudice, each party to bear their own fees and costs.

DATED this 11th day of December, 2025.

_____
Miranda M. Du, U.S. District Court Judge

Respectfully Submitted by:

CLYDE & CO US LLP

 */s/ Dylan P. Todd*
_____
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone:    725-248-2900
*Attorneys for Defendant*
*XL Specialty Insurance Company*

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

- 3 -

# Signature Approval

# of

# Kendra Jepsen

Todd, Raphaela

| | |
|---|---|
| From: | Kendra Jepsen <kendra@jepsenlawnv.com> |
| Sent: | Tuesday, November 25, 2025 2:11 PM |
| To: | Todd, Raphaela; Todd, Dylan; Morgan Strauser |
| Cc: | Carla Bankhead; Joey Gilbert; JGL PI |
| Subject: | RE: Perry v. XL - Settlement Check [CC-US.114840.10706130] |

Good afternoon,

I have no changes.  You may affix my e-signature and file.  Thank you!



Kendra Jepsen, Esq.
JEPSEN LAW, PLLC
405 Marsh Avenue
Reno, NV 89509
(775) 376-7070
www.JepsenLawNV.com

*CONFIDENTIALITY -- This message is intended to be confidential and directed only to the person/entity as addressed above. Furthermore, the contents of this message and any attachments hereto may be subject to the attorney-client privilege and/or work product doctrine and should not be disclosed to other parties or distributed or copied in any way. Any unauthorized use, distribution or copying of this communication is strictly prohibited. If you have received this message by error, please reply by e-mail to inform us and delete any copies from your hard drive. Thank you.

---

**From:** Todd, Raphaela <Raphaela.Todd@clydeco.us>
**Sent:** Monday, November 24, 2025 3:32 PM
**To:** Todd, Dylan <Dylan.Todd@clydeco.us>; Kendra Jepsen <kendra@jepsenlawnv.com>; Morgan Strauser <morgan@jepsenlawnv.com>
**Cc:** Carla Bankhead <carla@jepsenlawnv.com>; Joey Gilbert <joey@joeygilbertlaw.com>; JGL PI <pi@joeygilbertlaw.com>
**Subject:** RE: Perry v. XL - Settlement Check [CC-US.114840.10706130]

Hello:

Please see attached Stipulation & Order for Dismissal for your approval and signature.   If you have any requested changes, please advise.   Thank you.

**Raphaela Todd**
Legal Assistant | Clyde & Co US LLP
**Direct Dial:** +1 725 248 2891 | **Mobile:** 7026069358

 | 7251 West Lake Mead Boulevard | Suite 430 | Las Vegas | NV 89128 | USA
Main +1 725 248 2900 | Fax +1 725 248 2907 | **www.clydeco.us**

 Please consider the environment before printing

1

**From:** Todd, Dylan <dylan.todd@clydeco.us>
**Sent:** Monday, November 24, 2025 11:36 AM
**To:** Kendra Jepsen <kendra@jepsenlawnv.com>; Morgan Strauser <morgan@jepsenlawnv.com>
**Cc:** Carla Bankhead <carla@jepsenlawnv.com>; Joey Gilbert <joey@joeygilbertlaw.com>; JGL PI <pi@joeygilbertlaw.com>; Todd, Raphaela <Raphaela.Todd@clydeco.us>
**Subject:** RE: Perry v. XL - Settlement Check

Okay, thanks for letting me know. My assistant will send that over today.

**Dylan Todd**
Senior Counsel | Clyde & Co US LLP
**Direct Dial:** +1 725 248 2883 | **Mobile:** +1 702 427 6931



7251 West Lake Mead Boulevard | Suite 430 | Las Vegas | NV 89128 | USA
Main +1 725 248 2900 | **www.clydeco.u**s

 Please consider the environment before printing

---

**From:** Kendra Jepsen <kendra@jepsenlawnv.com>
**Sent:** Monday, November 24, 2025 11:35 AM
**To:** Todd, Dylan <dylan.todd@clydeco.us>; Morgan Strauser <morgan@jepsenlawnv.com>
**Cc:** Carla Bankhead <carla@jepsenlawnv.com>; Joey Gilbert <joey@joeygilbertlaw.com>; JGL PI <pi@joeygilbertlaw.com>; Todd, Raphaela <Raphaela.Todd@clydeco.us>
**Subject:** RE: Perry v. XL - Settlement Check

I'm looking through my emails, and I do not believe we have received it yet.



Kendra Jepsen, Esq.
JEPSEN LAW, PLLC
405 Marsh Avenue
Reno, NV 89509
(775) 376-7070
www.JepsenLawNV.com

*CONFIDENTIALITY -- This message is intended to be confidential and directed only to the person/entity as addressed above. Furthermore, the contents of this message and any attachments hereto may be subject to the attorney-client privilege and/or work product doctrine and should not be disclosed to other parties or distributed or copied in any way. Any unauthorized use, distribution or copying of this communication is strictly prohibited. If you have received this message by error, please reply by e-mail to inform us and delete any copies from your hard drive. Thank you.

---

**From:** Todd, Dylan <dylan.todd@clydeco.us>
**Sent:** Monday, November 24, 2025 11:33 AM
**To:** Morgan Strauser <morgan@jepsenlawnv.com>
**Cc:** Kendra Jepsen <kendra@jepsenlawnv.com>; Carla Bankhead <carla@jepsenlawnv.com>; Joey Gilbert <joey@joeygilbertlaw.com>; JGL PI <pi@joeygilbertlaw.com>; Todd, Raphaela <Raphaela.Todd@clydeco.us>
**Subject:** RE: Perry v. XL - Settlement Check

Have you guys approved the stip and order for dismissal?